UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22015-CIV-UNGARO

IN RE: WEST CARIBBEAN CREW
MEMBERS
_____/

**ORDER DENYING CONTINENTAL AIRLINES INC.'S MOTION TO DISMISS PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT FOR DAMAGES**

This CAUSE is before the Court pursuant to Continental Airlines, Inc.'s ("Continental") Motion to Dismiss Counts I and II of Plaintiffs' Third Amended Complaint for Damages ("Amended Complaint"). (D.E. 150.) Plaintiffs filed a response to the Continental's motion. (D.E. 180.) Continental filed a reply to Plaintiff's motion. (D.E. 182.) The matter is ripe for adjudication. The Court has considered the Continental's motion and is otherwise fully informed in the premises.

In considering a motion to dismiss, the Court must consider the allegations contained in the plaintiff's complaint as true, and accept all reasonable inferences therefrom. *Jackson v. Okaloosa County, Fla.,* 21 F.3d 1531, 1534 (11th Cir.1994). While a complaint does not need to set forth detailed factual allegations to survive a a motion to dismiss, the factual allegations "must be enough to raise a right to relief above the speculative level" *Bell Atlantic Corp. v. Twombly,* 127 S.Ct. (2007) (citations omitted). "Once a claim has been stated adequately, it may be supported by showing any set of facts consistent with the allegations in the complaint" *Id.* at 1969. However, "a wholly conclusory statement of claim" cannot survive a Rule 12(b) (6) motion to dismiss absent a showing of facts consistent with the allegations in the complaint. *Id.*

1

The mere "possibility that a plaintiff might later establish some 'set of [undisclosed] facts' to support recovery" is not enough to preclude dismissal. *Id.* In practice, to adequately state a claim, "plaintiffs must do more than state legal conclusions; they are required to allege some specific factual bases for those conclusions or face dismissal of their claims." *Jackson v. BellSouth Telecomms.,* 372 F.3d 1250, 1263 (11th Cir.2004). Moreover, "conclusory allegations, unwarranted deductions of facts or legal conclusions masquerading as facts will not prevent dismissal." *Id.* at 1262-63 (citation and quotation marks omitted).

Having considered the Third Amended Complaint, Continental's motion, Plaintiffs' response and supporting memoranda and accepting all facts and inferences from the Third Amended Complaint as true, the Court finds Continental's Motion to Dismiss Counts I and II of the Amended Complaint must be denied. Accordingly, it is hereby,

ORDERED AND ADJUDGED that Continental's motion Amended Complaint is DENIED.

DONE AND ORDERED in chambers at Miami, Florida this 30th day of March 2009.

                                                                       _____
                                                                       URSULA UNGARO
                                                                       UNITED STATES DISTRICT JUDGE

Copies provided
Counsel of record: