IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-22015-CIV-UNGARO

IN RE: WEST CARIBBEAN CREW MEMBERS

_____/

## JOINT NOTICE OF COMPLIANCE WITH THE COURT'S ORDER AND NOTICE OF HEARING RE: REQUEST FOR WITHDRAWAL

Pursuant to the Court's November 24th, 2010, order, the Parties have met and conferred regarding mandatory mediation and pending discovery requests. Parties have agreed to hold mediation at the Podhurst Offices at a time convenient for the mediator, Mr. Shapiro, and counsel. Further, Podhurst has agreed to voluntarily withdraw the pending discovery requests until after mediation has taken place and if mediation is unsuccessful.

WHEREFORE, Parties request the hearing currently scheduled for December 2nd, 2010, is cancelled as the relevant pending matters have been resolved.

Dated this 1st day of December, 2010.

Respectfully submitted,

| | |
|---|---|
| s/ Mary Schiavo | s/ Ricardo M. Martínez-Cid |
| Mary Schiavo, Esquire | Ricardo M. Martínez-Cid (FBN 383988) |
| mschiavo@motleyrice.com | rmcid@podhurst.com |
| **MOTLEY RICE LLC** | Alexander Rundlet (FBN 0692301) |
| 28 Bridgeside Boulevard (29464) | arundlet@podhurst.com |
| PO Box 1792 | **PODHURST ORSECK, P.A.** |
| Mt. Pleasant, SC 29465 | 25 West Flagler Street, Suite 800 |
| Telephone:    843-216-9138 | Miami, FL 33130 |
| Facsimile:    843-216-9440 | (305) 358-2800/ Fax: (305) 358-2382 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

.

                                                        s/ Ricardo M. Martínez-Cid